UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Pedro Perez,

    Plaintiff

    v.

Carolyn W. Colvin,

    Defendant

Case No.: 2:14-cv-143-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 19], Denying Motion to Remand [Doc. 16], and Granting Cross-Motion to Affirm [Doc. 17]**

    Magistrate Judge Cam Ferenbach entered a report and recommendation on September 3, 2014, recommending that plaintiff Pedro Perez's motion to remand [Doc. 16] be denied and defendant Carolyn W. Colvin's motion to affirm [Doc. 17] be granted. Doc. 19. Objections were due September 20, 2014. Perez has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

    Accordingly, and with good cause appearing,

    It is hereby ORDERED that Magistrate Judge Ferenbach's report and recommendation **[Doc. 19] is ADOPTED**.

    It is further ORDERED that Pedro Perez's motion to remand **[Doc. 16] is DENIED**.

    It is further ORDERED that Carolyn W. Colvin's cross motion to affirm **[Doc. 17] is GRANTED**.

    DATED October 2, 2014.

                                                    _____
                                                    JENNIFER A. DORSEY
                                                    UNITED STATES DISTRICT JUDGE

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).